Ochoa v 270 W. St., LLC (2025 NY Slip Op 03164)

Ochoa v 270 W. St., LLC

2025 NY Slip Op 03164

Decided on May 27, 2025

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: May 27, 2025

Before: Manzanet-Daniels, J.P., Kennedy, Kapnick, Mendez, Shulman, JJ. 

Index No. 159073/18, 595396/19, 595818/21|Appeal No. 4450-4451|Case No. 2024-02225, 2024-03001|

[*1]Cristhian Ochoa, Plaintiff-Respondent,
v
270 West Street, LLC et al., Defendants-Appellants. [And Other Third-Party Actions].

An appeal having been taken to this Court by the above-named appellant from an order of the Supreme Court, New York County (Paul A. Goetz, J.), entered on or about March 07, 2024,
And said appeal having been withdrawn before argument by counsel for the respective parties; and upon the stipulation of the parties hereto dated April 30, 2025,
It is unanimously ordered that said appeal be and the same is hereby withdrawn in accordance with the terms of the aforesaid stipulation.
ENTERED: May 27, 2025